Mr Abel Acosta,

   I recieved you letter about my not meeting with Art 11.07 Section 3(b) of the Code of Criminal Procedure. Sir the 3 packets were not ment to be Petition for Writ of Habeas Corpus; I marked the box for Petition for Discretionary Review. Also you only sent back 2 of the 3 packets I sent and none of the 3 hand written memorandums that were with them. Did the Court of Criminal Appeals accept the memorandums for the Petition for Discretionary Review; if not can you please return them?

Thank You For Your Time,

Marcus Booth #1939959
Shanchez Unit
3901 State Jail Road
El Paso, Tx. 79938

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk